**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00203-CV**

_____

**CROSS DEVELOPMENT/MONTGOMERY, LP, Appellant**

**V.**

**MONTGOMERY RIDGE, LTD., Appellee**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 18-12-15920-CV**

**MEMORANDUM OPINION**

Appellant Cross Development/Montgomery, LP and Appellee, Montgomery Ridge, Limited, filed a joint motion to dismiss this appeal. The parties represent that they have reached a settlement agreement. The motion is voluntarily made by the agreement of the parties prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(2). We grant the joint motion to dismiss and dismiss the appeal.

1

APPEAL DISMISSED.

PER CURIAM

Submitted on March 18, 2021
Opinion Delivered April 8, 2021

Before Kreger, Horton, and Johnson, JJ.